# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Elizabeth Oyer**
**Plaintiff**

vs

**Todd Blache, et al.**
**Defendant**

**Case Number: 1:26-cv-03092**

## AFFIDAVIT OF ELECTRONIC SERVICE

Now comes Rita Berzins the undersigned and does hereby swear and affirm, affidavit is a Private Process server and disinterested person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gaithersburg, MD.

I, Rita Berzins certify that on **09/04/2026** I emailed a copy of the within Summons & Complaint, Exhibits 1-3 to c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia, in the following manner.

**(XX) EMAIL SERVICE:** Through Electronic Delivery of each document on **09/04/2026 a** true copy to the party named herein, **c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia** at **USADC.ServiceCivil@usdoj.gov**, , .

Confirmation of electronic service by email was received from c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia on 09/04/2026 12:25 PM.

See Attached the RPost Acknowledgment - Proof of Sending (Exhibit A)

9/4/2026
*Date*

89363

Rita Berzins

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-cv-03092

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia was received by me on *(date)* 9/4/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , ______________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* __________ ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: **On 09/04/2026 I emailed a copy of Summons & Complaint, Exhibits 1-3 to c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia to USADC.ServiceCivil@usdoj.gov, , . Confirmation of electronic service by email was received on 09/04/2026 12:25 PM (Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 9/4/2026

Rita Berzins [signature]
*Server's signature*

89363

Rita Berzins, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint, Exhibits 1-3

**Assistant 1**

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Friday, September 4, 2026 12:25 PM
**To:** Assistant 1; USADC-ServiceCivil
**Subject:** RE: US District Court for DC Civil Action No. 1:26-cv-03092-TNM Elizabeth Oyer v. Todd Blanche, US AG et al.

Your submission has been received by email on September 4, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Assistant 1 <Rita@torrilegalservices.com>
**Sent:** Friday, September 4, 2026 12:20 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Registered: US District Court for DC Civil Action No. 1:26-cv-03092-TNM Elizabeth Oyer v. Todd Blanche, US AG et al.

REGISTERED EMAIL™ | CERTIFIED DELIVERY

This is a Registered Email™ message from Assistant 1.

**In re:**
**United States District Court for the District of Columbia**
**Civil Action No. 1:26-cv-03092-TNM**

**Please find attached electronic service addressed to <u>CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA</u> in the above-referenced case. The attached service package consists of the following documents: *Summons & Complaint, Exhibits 1-3*.**

**Service is being effectuated electronically as instructed by Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i).**

Please confirm receipt of the attached service at your earliest convenience.

**Sincerely,**
**Rita Berzins**
**Torri's Legal Services**
18403 Woodfield Rd., Ste. A
Gaithersburg, MD 20879
Tel. (301) 869-5081
Rita@torrilegalservices.com

EXHIBIT A