UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH OYER, PLAINTIFF,
v.
TODD W. BLANCHE, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, AND THE UNITED STATES DEPARTMENT OF JUSTICE, DEFENDANTS.

Civil Action No. 1:26-cv-03092-TNM

MOTION FOR LEAVE TO INTERVENE AS A PLAINTIFF PURSUANT TO FED. R. CIV. P. 24

Pursuant to Federal Rule of Civil Procedure 24(a)(2) and, in the alternative, Rule 24(b)(1)(B), Proposed Intervenor Jacob Valine respectfully moves for leave to intervene as a plaintiff-intervenor in the above-captioned matter currently pending before Judge Trevor N. McFadden.

In support of this Motion, Proposed Intervenor states as follows:

I. INTEREST OF THE PROPOSED INTERVENOR

Proposed Intervenor Jacob Valine is a 21-year-old self-advocate member of The Arc of the United States with a learning disability. Intervenor has direct, ongoing parallel federal civil rights and administrative litigation against federal executive departments. Intervenor relies directly on the consistent, nondiscriminatory enforcement of federal administrative protections and statutory integrity. Because the outcome of this action directly interprets the enforcement thresholds of the Administrative Procedure Act (APA), 5 U.S.C. § 706, and impacts guidelines implemented by the Department of Justice, Intervenor possesses a substantial, legally protectable interest in the resolution of this action.

II. INTERVENTION AS OF RIGHT UNDER RULE 24(a)(2)

Intervention as of right is mandated because:

1. The motion is timely. The Defendants' answer or threshold response is not due until November 3, 2026, and no substantive hearings have occurred.
2. Intervenor claims a direct interest in the administrative standards and safety-net protections governing individuals with learning disabilities.
3. Disposing of this action in Intervenor’s absence will, as a practical matter, impair or impede his ability to protect his statutory civil rights interests and procedural due process across parallel venues.
4. The existing plaintiff represents distinct administrative interests and does not adequately represent the unique civil rights perspective of a pro se neurodivergent individual navigating systemic barriers.

RECEIVED
OCT 19 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

III. PERMISSIVE INTERVENTION UNDER RULE 24(b)

In the alternative, permissive intervention is appropriate because Intervenor's claims share core common questions of law and fact with the main action—specifically, the boundary of executive agency action under 5 U.S.C. § 706(2). Intervenor's participation will not unduly delay or prejudice the adjudication of the original parties' rights.

CONCLUSION

For the foregoing reasons, Proposed Intervenor respectfully requests that this Court grant leave to intervene as a party-plaintiff and order the Clerk to file the attached Intervenor's Complaint.

Dated: October 19, 2026

Respectfully submitted,

Jacob Valine, Pro Se Proposed Intervenor
5035 Shavano Dr, Windsor, CO 80550
jvaline9776@outlook.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH OYER, PLAINTIFF,
AND
JACOB VALINE, INTERVENOR-PLAINTIFF,
v.
TODD W. BLANCHE, ET AL.,
DEFENDANTS.

Civil Action No. 1:26-cv-03092-TNM

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2026, a true and correct copy of the foregoing Motion for Leave to Intervene and accompanying Complaint-in-Intervention were served electronically via email

Edward Lyons
Email: wlyons@c.democracyforward.org

Elena Goldstein
Email: egoldstein@democracyforward.org

Joshua M. Salzman
Email: jsalzman@democracyforward.org
Counsel for Plaintiff Elizabeth Oyer

Civil Process Clerk
United States Attorney's Office for the District of Columbia
Email: USADC.ServiceCivil@usdoj.gov
Counsel for Defendants Todd W. Blanche and U.S. Department of Justice

Dated: October 19, 2026
Respectfully submitted,

Jacob Valine, Pro Se Intervenor-Plaintiff
5035 Shavano Dr, Windsor, CO 80550
jvaline9776@outlook.com