**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Elizabeth Oyer,<br>*Plaintiff*,<br><br>vs.<br><br>Todd Blanche and United States Department of Justice,<br>*Defendants*. | Case No. 26-cv-03092-TNM<br><br>Hon. Trevor N. McFadden |

## PLAINTIFF'S OPPOSITION TO MOTION FOR INTERVENTION

Plaintiff Elizabeth Oyer respectfully notes her opposition to the motion of Jacob Valine to intervene in this action. Mr. Valine, proceeding pro se, claims an interest in this action based on his interest in the administrative standards and safety-net protections governing individuals with learning disabilities. It is unclear what relevance these asserted interests could possibly have to this case, which involves Ms. Oyer's challenge to her removal from the position of Pardon Attorney at the U.S. Department of Justice. Mr. Valine's cursory filing identifies no such connection and otherwise fails to satisfy Federal Rule of Civil Procedure 24's requirements for either intervention as of right or permissive intervention. Accordingly, the motion should be denied.

Nove. 2, 2026

Respectfully submitted,

*/s/ Joshua M. Salzman*
Joshua M. Salzman (D.C. Bar No. 982239)
Webb Lyons* (D.C. Bar No. 1035458)
Elena Goldstein (D.C. Bar No. 90034087)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jsalzman@democracyforward.org
wlyons@c.democracyforward.org *
egoldstein@democracyforward.org
**Of Counsel*

*Counsel for Plaintiff*